# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3201

_____

| | | |
|---|---|---|
| Marilyn McCoy Norwood, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Board of Trustees of University of | * | |
| Arkansas at Little Rock, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 26, 2011
Filed: February 10, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Marilyn Norwood appeals the district court's[1] 28 U.S.C. § 1915(e)(2) dismissal of her disability-discrimination action. Upon careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that dismissal was proper, see Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009); Baribeau v. City of Minneapolis, 596 F.3d 465, 484 (8th Cir. 2010). Accordingly, we affirm. See 8th Cir. R. 47B. Norwood's motion to expedite is denied as moot.

_____

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.